UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

NICOLE PISCHKE,

              Plaintiff,        CIVIL NO.: 10-CV-2808 DWF/JJG

v.

FIRST REVENUE ASSURANCE, LLC,   **NOTICE OF VOLUNTARY DISMISSAL**
AND JANE DOE,                         **WITH PREJUDICE**

              Defendants.

_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                      MARTINEAU, GONKO & VAVRECK, PLLC

Dated: September 17, 2010         s/ Mark L. Vavreck                 .
                                        Mark L. Vavreck, Esq.
                                        Attorney I.D.#0318619
                                        Attorney for Plaintiff
                                        Designers Guild Building
                                        401 North Third Street, Suite 600
                                        Minneapolis, MN 55401
                                        Telephone: (612) 659-9500
                                        Facsimile:  (612) 659-9220