UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicole Pischke, | Civil No. 10-2808 (DWF/JJG) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| First Revenue Assurance LLC, Jane Doe, | |
| Defendants. | |

Mark L. Vavreck, Esq., Martineau, Gonko & Vavreck, PLLC, counsel for Plaintiff.

---

Based upon the Notice of Voluntary Dismissal filed by the plaintiff on September 17, 2010 (Doc. No.[2]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 22, 2010        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge